IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 08-0977
 ((((((((((((((((

 In Re Ruben S. Martin III, Relator

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. This case is ABATED, pursuant to Texas Rules of Appellate
Procedure 7.2(b), for thirty days to allow the successor judge to
reconsider the court's order issued September 19, 2008.
 2. The case shall be abated, and removed from the Court's active
docket, for thirty days, or until further order of the Court.
 3. The parties are directed to notify this Court immediately of
any change in status of the case, to notify this Court immediately when the
successor judge has ruled, and to file a status report or other appropriate
motion by March 9, 2009.

 Done at the City of Austin, this 6th day of February, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk